**Sec. 37-8. Panhandling prohibited in certain areas.**

(a) *Purpose.* The purpose of this section is to regulate and punish acts of panhandling or solicitation that occur at locations specified herein. The purpose of this section is not to punish the status or condition of any person. Regulation is required because panhandling in certain areas threatens the economic vitality of those areas, impairing the city's long term goals of attracting citizens, businesses and tourist to these certain areas and, consequently, the city overall. The city has substantial interests in protecting the city's investment in certain areas, protecting tourism, encouraging expansion of the city's economic base, and protecting the city's economy. The regulations in this section further these substantial interests: This section is not intended to proscribe any demand for payment for services rendered or goods delivered. Nor is this section intended to prohibit acts authorized as an exercise of a person's constitutional right to legally picket, protest or speak.

(b) *Definitions.* For purposes of this section, Downtown business district means the area generally described as follows:

N. Bayshore Drive from NE 13th Street to NE 15th Street

Biscayne Boulevard from Biscayne Boulevard Way to NE 15th Street

SE/NE 3rd Avenue from Biscayne Boulevard Way to NE 1st Street

SE/NE 2nd Avenue from Biscayne Boulevard Way to NE 15th Street

NE 1st Court from NE 12th Street to NE 14th Street

SE/NE 1st Avenue from SE 3rd Street to NE 14th Street

South/North Miami Avenue from Broadway to NE/NW 1st Street

North Miami Avenue from NE/NW 7th Street to NE/NW 8th Street

North Miami Avenue from NE/NW 10th Street to NE/NW 14th Street

NW Miami Court from Flagler Street to NE 1st Street, East half only

NW 1st Avenue from NW 1st Street to NW 3rd Street

NW 2nd Avenue from Flagler Street to NW 1st Street

Brickell Avenue from SE 8th Street to the South side of the Miami River Bridge

SE/SW 10th Street from Brickell Avenue to SW 1st Avenue

SE/SW 9th Street from Brickell Plaza to SW 1st Avenue

Biscayne Boulevard Way from Biscayne Boulevard to SE 2nd Avenue

SE 3rd Street from Biscayne Boulevard to SE 2nd Avenue

SE/SW 2nd Street from Biscayne Boulevard to SE 1st Avenue

SE/SW 1st Street from Biscayne Boulevard to SW 1st Avenue

Flagler Street from Biscayne Boulevard to NW Miami Court

Flagler Street from NW Miami Court to NW 1st Avenue, South half only

Flagler Street from NW 1st Avenue to NW 2nd Avenue

NE 1st Street from Biscayne Boulevard to NW Miami Court

NE 1st Street from NW Miami Court to NW 1st Avenue, North half only

Created: 2023-04-12 12:13:20 [EST]

(Supp. No. 15)

NE 1st Street from NW 1st Avenue to NW 2nd Avenue

NE 2nd Street from Biscayne Boulevard to NE 1st Avenue

NE 3rd Street from Biscayne Boulevard to NE 1st Avenue

NE 4th Street from Biscayne Boulevard to NE 2nd Avenue

NE 5th Street from Biscayne Boulevard to NE 1st Avenue

NE 6th Street from Biscayne Boulevard to NE 1st Avenue

NE 7th Street from Biscayne Boulevard to North Miami Avenue

NE 8th Street from Biscayne Boulevard to North Miami Avenue

NE 9th Street from Biscayne Boulevard to NE 1st Avenue

NE 10th Street from Biscayne Boulevard to North Miami Avenue

NE 11th Street from Biscayne Boulevard to North Miami Avenue

NE 12th Street from Biscayne Boulevard to NE 1st Avenue

NE 13th Street from the Macarthur Causeway to NE 1st Avenue

NE 14th Street from N Bayshore Drive to North Miami Avenue

NE 14th Terrace from N Bayshore Drive to Biscayne Boulevard

NE 15th Street from N Bayshore Drive to NE 2nd Avenue

All public streets indicated in this boundary shall include the entire width of the public right-of-way unless otherwise specified.

(c)  *Prohibitions.* Soliciting, begging or panhandling is prohibited within the downtown business district.

(d)  *Penalties.* The first violation of this provision shall be punishable by a fine of not more than $100.00 and 30 days imprisonment; second and subsequent violations shall be punishable by a fine of not more than $200.00 and 60 days imprisonment.

(e)  *Alternative programs.* Nothing herein shall limit the discretion of the police, court personnel, and judges from referring individuals suspected, charged, or convicted of a violation of this provision to treatment programs or facilities as an alternative to prosecution or imprisonment, provided that the individual freely consents. For homeless individuals, such alternative programs shall include, but not be limited to, the Miami-Dade County Homeless Assistance Project.

(Ord. No. 12997, § 2, 5-22-08; Ord. No. 13232, § 2, 11-18-10)