PRESS DOWN HARD. YOU ARE MAKING 6 COPIES.     TIGER BUSINESS FORMS (305) 817-8849

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO.:** 230302001 5446

**AGENCY CODE:** 01

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** GARCIA, JORGE

**DOB:** ___/___/1964   **RACE:** H   **SEX:** M   ☒ Hispanic   **HEIGHT:** 5'6   **WEIGHT:** 190   **HAIR COLOR:** MAN   **HAIR LENGTH:** SHORT   **HAIR STYLE:** WAVY   **EYES:** BRO   **GLASSES:** ☒ No   **FACIAL HAIR:** BEARD   **TEETH:** DIRT

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:** VATILLAS

**LOCAL ADDRESS:** 1603 NW 7TH AVE, MIAMI FL 331

**DRIVER'S LICENSE NUMBER / STATE:** [redacted]
**SOCIAL SECURITY NO.:** [redacted]
**WEAPON SEIZED?** ☒ No

**ARREST DATE:** 03/02/2023   **ARREST TIME:** 1735   **ARREST LOCATION:** SE 2ND AVE & SE 3RD ST

## CHARGES

1. AGGRESSIVE / OBSTRUCTIVE PANHL — ORD — COUNTS: 1 — VIOL. OF SECT: 37-8

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the 2ND day of MARCH 20 23, at (HHMM) at SE 2ND AVE & SE 3RD ST

WHILE ON ROUTINE PATROL, I OBSERVED MR. JORGE GARCIA (DEFENDANT) WALKING UP TO VEHICLES AS THEY DROVE DOWN FROM THE TURNPIKE TOWARDS A STEADY GREEN LIGHT BEGGING FOR MONEY. MR. GARCIA DISRUPTED THE NORMAL FLOW OF TRAFFIC IN THE BUSY INTERSECTION. VEHICLES HAD TO DRIVE AROUND MR. GARCIA AS HE APPROACHED VEHICLES BEGGING FOR MONEY. DEFENDANT WAS ISSUED 7TH ISSUE.

PAGE 1 OF 1

**OFFICER'S / COMPLAINANT'S SIGNATURE:** B. LGAY
**COURT ID NUMBER/LOC CODE:** 42589(d)
**AGENCY NAME:** MPD

**SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS** 2nd **DAY OF** March **2023**

32.02.09-9 Rev. 04/08

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO:** 230412002602

**SPECIAL OPERATION:** ☒ MISD

**AGENCY CODE:** 01

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** LANGIEWICZ, PETER

**DOB:** __/__/1983 **AGE:** 39 **RACE:** W **SEX:** M **Ethnicity:** Not Hispanic

**HEIGHT:** 6'0 **WEIGHT:** 190 **HAIR COLOR:** BRO **HAIR LENGTH:** SHT **HAIR STYLE:** OTH **EYES:** BLU **FACIAL HAIR:** CTH **TEETH:** CA

**UNIQUE PHYSICAL FEATURES:** TAT ABDOM

**LOCAL ADDRESS:** 1603 NW 7TH AVE, MIAMI FL 33136

**CITIZENSHIP:** US

**OCCUPATION:** UNEMPLOYED

**ARREST DATE:** 04/12/2023 **ARREST TIME:** 1109

**ARREST LOCATION:** NE 2ND AVE & NE 11TH TER

**CHARGES:**
1. MIAMI ORDINANCE/PANHANDLING — ORD — 1 count — 37-8

---

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **12th** day of **APRIL**, 20**23**, at **1104** at **NE 2ND AVE & NE 11TH TERRACE**

WHILE ON ROUTINE PATROL I OBSERVED THE DEFENDANT WALKING IN AND OUT OF THE TRAFFIC WHILE ENGAGING IN PANHANDLING. THE DEFENDANT WAS WALKING PASS CARS IN THE MIDDLE OF TRAFFIC IN AN ATTEMPT TO GET MONEY. THE DEFENDANT ACTIONS IMPEDED THE NORMAL FLOW OF TRAFFIC FOR VEHICLES COMING OFF THE HIGHWAY. DEFENDANT ARRESTED. NOTE THE DEFENDANT STATED HE WAS TRYING TO GET MONEY FOR FOOD.

PAGE 1 OF 1

**OFFICER'S/COMPLAINANT'S SIGNATURE:** MICHAEL BECCO
**COURT ID NUMBER/LOC CODE:** 43634 26
**AGENCY NAME:** MPD

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | |
| POLICE CASE NO. | 230416OG27054 |
| SPECIAL OPERATION | ☒ MISD |
| JAIL NO. | |
| PMHD | ☒ Unknown |
| COURT CASE NO. | |
| IDS NO | |
| AGENCY CODE | 01 |
| MUNICIPAL P.D. DEF. ID NO. | 66 |
| MDPD RECORDS AND ID NO. | |
| STUDENT ID NO. | |
| GANG ACTIVITY RELATED ARREST | N |
| FRAUD RELATED ARREST | N |
| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | ARENS, JASON |
| DOB (MM/DD/YYYY) | 1984 |
| AGE | 38 |
| RACE | W |
| SEX | M |
| Ethnicity | ☒ Not Hispanic |
| HEIGHT | 5'08 |
| WEIGHT | 150 |
| HAIR COLOR | BLACK |
| HAIR LENGTH | SHORT |
| HAIR STYLE | NATUR |
| EYES | BROWN |
| GLASSES | ☒ No |
| FACIAL HAIR | BEARD |
| TEETH | NORM |
| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES | VARIOUS SCARS |
| PLACE OF BIRTH | USA |
| LOCAL ADDRESS | 1603 NW 7TH AVE, MIAMI, FL |
| CITIZENSHIP | USA |
| OCCUPATION | LABORER |
| ARREST DATE | 04/16/2023 |
| ARREST TIME | 0907 |
| ARREST LOCATION | NE 1ST AVE & NE 13TH ST |

**CHARGES:**
1. MIAMI ORDINANCE PANHANDLING — PROHIBITED — F.S. — Counts: 1 — FL STATUTE NUMBER: 37-8

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the 16TH day of APRIL, 2023, 0907 at NE 1ST AVE & NE 13TH ST:

WHILE ON ROUTINE PATROL, I OBSERVED MR. ARENS WALKING UP TO VEHICLES AS THEY APPROACHED THE STEADY RED LIGHT. MR. ARENS WAS SEEN HOLDING A CARDBOARD SIGN IN HAND WHICH READ "2.25 FOR TRAIN. MR. ARENS WAS SEEN BEGGING FOR MONEY FOR A TRAIN IN A PROHIBITED SOLICITATION AREA. DEFENDANT ARRESTED.

P.T.A. ISSUED

PAGE 1 of 1

OFFICER'S/COMPLAINANT'S SIGNATURE: BROWN
COURT ID NUMBER/LOC. CODE: 42589 (01)
AGENCY NAME: MPD

SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS __ DAY OF April, 2023

32 02 09-9 Rev. 04/08

# COMPLAINT/ARREST AFFIDAVIT

**OBTS NUMBER:**
**POLICE CASE NO.:** 230416002705S
**SPECIAL OPERATION:** ☐ FELONY ☑ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT FUGITIVE WARRANT: ☐ In state ☐ Out of state
**JAIL NO:**
**PMHD:** ☐ Yes ☑ No ☐ Unknown
**COURT CASE NO.:**
**IDS NO:**
**AGENCY CODE:** 01
**MUNICIPAL P.D. DEF. ID NO:**
**MDPD RECORDS AND ID NO:**
**STUDENT ID NO:**
**GANG ACTIVITY RELATED ARREST:** ☑
**FRAUD RELATED ARREST:** ☐
**SIGNAL:** ☐ 100 ☐ 150 ☐ 200 ☐ 300 ☐ 400 ☐ 500

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** PERKINSON TAMI LOUISE
**ALIAS and / or STREET NAME:**
**DOB (MM/DD/YYYY):** [redacted] 1980
**AGE:** 43
**RACE:** W
**SEX:** F
**☐ Hispanic ☑ Not Hispanic ETHNICITY:**
**HEIGHT:** 507
**WEIGHT:** 110
**HAIR COLOR:** BRO
**HAIR LENGTH:** LNG
**HAIR STYLE:** OTH
**EYES:** BRO
**GLASSES:** ☑ Yes ☐ No
**FACIAL HAIR:** CLN
**TEETH:** OTH

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:**
**PLACE OF BIRTH:** SARASOTA FL

**LOCAL ADDRESS:** (City) (State) (Zip) **PHONE:** ( )
**CITIZENSHIP:** USA

**PERMANENT ADDRESS:** 1603 NW 7TH AVE ☐ HOMELESS ☐ UNKNOWN
**(City):** MIAMI **(State/Country):** FL **(Zip):** 33136
**PHONE:** ( )
**OCCUPATION:** UNEMPLOYED

**BUSINESS OR SCHOOL NAME AND ADDRESS:**
**ADDRESS SOURCE:** ☐ DL ☑ Verbal ☐

**DRIVER'S LICENSE NUMBER / STATE:**
**SOCIAL SECURITY NO:** [redacted]
**WEAPON SEIZED?** ☐ Yes ☐ No
**If Def. has Concealed Weapons Permit, PERMIT # W-:**
**INDICATION OF:** Y N UNK
Alcohol influence ☐ ☐ ☐
Drug influence ☐ ☐ ☐

**ARREST DATE:** 04/16/2023
**ARREST TIME:** 0937
**ARREST LOCATION:** SE 2 AVE & SE 4TH ST
**GRID:**

**CO-DEFENDANT NAME:** 1. 2. 3.

| CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. MIAMI ORDINANCE/PANHANDLING PROHIBITED | ☐ F.S. ☑ ORD | | | 37-8 | | | | |
| 2. | ☐ F.S. ☐ ORD | | | | | | | |
| 3. | ☐ F.S. ☐ ORD | | | | | | | |
| 4. | ☐ F.S. ☐ ORD | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **16th** day of **APRIL**, 20 **23**, at **0936** (HHMM) at **SE 2nd AVE & SE 4th ST**

WHILE ON ROUTINE PATROL I OBSERVED THE DEFENDANT WALKING IN AND OUT OF TRAFFIC WITH A "CARDBOARD SIGN THAT SAYS (ANYTHING HELPS $). THE DEFENDANT ACTIONS IMPEDED THE NORMAL FLOW OF TRAFFIC FROM VEHICLES THAT ARE COMING OFF THE HIGHWAY. THE DEFENDANT WAS WALKING IN AND OUT OF TRAFFIC IN AN ATTEMPT TO GET MONEY FROM PASSING VEHICLES. DEFENDANT ARRESTED.

PAGE 1 OF 1

**HOLD FOR OTHER AGENCY Name:**
**VERIFIED BY:**
☐ HOLD FOR BOND HEARING DO NOT BOND OUT

**I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT**
[signature]
**COURT ID NUMBER/LOC CODE:** 43C34 (26)
**SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 11 DAY OF April 2023**

**OFFICER'S / COMPLAINANT'S SIGNATURE:** MICHAEL BELLO
**AGENCY NAME:** MPD

12.02.09-9 Rev 04-08

# COMPLAINT/ARREST AFFIDAVIT

**OBTS NUMBER:**
**POLICE CASE NO.:** 230418027566

**SPECIAL OPERATION:** ☐ Felony ☑ Misd ☐ Traffic ☐ Juv ☐ DV ☐ Moves ☐ Civ Inf
☐ Warrant — Fugitive Warrant: ☐ In state ☐ Out of state
**PMHD:** ☐ Yes ☑ No ☐ Unknown

**IDS NO.:**
**AGENCY CODE:** 01

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** COLES DUSTIN
**DOB (MM/DD/YYYY):** [redacted]/1978
**RACE:** W **SEX:** M ☐ Hispanic ☑ Not Hispanic
**HEIGHT:** 600 **WEIGHT:** 150 **HAIR COLOR:** BLK **HAIR LENGTH:** SHT **HAIR STYLE:** OTH **EYES:** BRO **GLASSES:** ☐ Yes ☑ No **FACIAL HAIR:** OTH **TEETH:** OTH

**PLACE OF BIRTH:** IDAHO
**CITIZENSHIP:** USA

**PERMANENT ADDRESS:** 1603 NW 7th AVE **CITY:** MIAMI **STATE:** FL **ZIP:** 33136
**OCCUPATION:** UNEMPLOYED

**ADDRESS SOURCE:** ☑ Verbal

**WEAPON SEIZED?** ☐ Yes ☑ No
**INDICATION OF:** Alcohol Influence ☐ Y ☑ N; Drug Influence ☐ Y ☑ N

**ARREST DATE (MM/DD/YYYY):** 04/18/2023
**ARREST TIME (HHMM):** 0747
**ARREST LOCATION:** NE 1st CT & NE 13th ST

**CHARGES:** MIAMI ORD 2WNT(E) PANHANDLING
POA+28z 789
**VIOL. OF SECT:** 37-8

---

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **18th** day of **APRIL**, 20 **23**, at **0745** (HHMM) at **NE 1st CT & NE 13th ST**

WHILE ON ROUTINE PATROL I OBSERVED THE DEFENDANT WALKING IN TRAFFIC WHILE ENGAGING IN PANHANDLING. THE DEFENDANT WAS WALKING PAST CARS IN TRAFFIC IN AN ATTEMPT TO GET MONEY. THE DEFENDANT'S ACTIONS IMPEDED THE NORMAL FLOW OF TRAFFIC. DEFENDANT ARRESTED.

PAGE 1 OF 1

**OFFICER'S / COMPLAINANT'S SIGNATURE:** [signed]
**NAME (Printed):** MICHAEL BELLO
**COURT ID NUMBER / LOC. CODE:** 43634 (26)
**AGENCY NAME:** MPD

SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS 18 DAY OF APRIL, 2023

# COMPLAINT/ARREST AFFIDAVIT

**OBTS NUMBER:**
**POLICE CASE NO:** 230425002947 1
**SPECIAL OPERATION:** ☐ FELONY ☒ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT
**JAIL NO:**
**PMHD:** ☐ Yes ☐ No ☒ Unknown
**COURT CASE NO:**
**IDS NO:**
**AGENCY CODE:** 01
**MUNICIPAL P.D. DEF. ID NO:** 66
**MDPD RECORDS AND ID NO:**
**STUDENT ID NO:**
**GANG ACTIVITY RELATED ARREST:** N
**FRAUD RELATED ARREST:** N

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** SHARPE, ANNA
**ALIAS and / or STREET NAME:**
**SIGNAL:** ☐ 100 ☐ 150 ☐ 200 ☐ 300 ☐ 400 ☐ 500

**DOB (MM/DD/YYYY):** 1981
**AGE:**
**RACE:** B
**SEX:** F
**ETHNICITY:** ☐ Hispanic ☒ Non Hispanic
**HEIGHT:** 5'3
**WEIGHT:** 100
**HAIR COLOR:** BRO
**HAIR LENGTH:** SHORT
**HAIR STYLE:** NAT
**EYES:** BRO
**GLASSES:** ☐ Yes ☒ No
**FACIAL HAIR:** NONE
**TEETH:** MISS

**SCARS, MARKS, TATTOOS, UNIQUE PHYSICAL FEATURES:** TATTOOS ON MIDDLE FOREHEAD
**PLACE OF BIRTH:**

**LOCAL ADDRESS:** 1603 NW 7TH AVE, MIAMI, FL 33128
**PHONE:**
**CITIZENSHIP:**

**PERMANENT ADDRESS:** ☐ HOMELESS ☐ UNKNOWN
**PHONE:**
**OCCUPATION:**

**BUSINESS OR SCHOOL NAME AND ADDRESS:**
**PHONE:**
**ADDRESS SOURCE:** ☐ DL ☐ Verbal

**DRIVER'S LICENSE NUMBER / STATE:**
**SOCIAL SECURITY NO:**
**WEAPON SEIZED?** ☐ Yes ☒ No
**If Def. has Concealed Weapons Permit. PERMIT # W-:**
**INDICATION OF:** Y N UNK
Alcohol influence ☐ ☐ ☐
Drug influence ☐ ☐ ☐

**ARREST DATE:** 04/25/2023
**ARREST TIME:** 0750
**ARREST LOCATION:** 112 W FLAGLER ST
**GRID:**

**CO-DEFENDANT NAMES:** (blank)

**CHARGES:** 1. MIAMI ORDINANCE/PROHIBITED PANHANDL
**CHARGE AS:** ☒ ORD
**COUNTS:** 1
**FL STATUTE NUMBER:**
**VIOL. OF SECT:** 37-8

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 25TH day of APRIL, 2023, at 0750 (HHMM) at 112 W FLAGLER ST

WHILE POSTED AT 112 W FLAGLER ST, I OBSERVED MS. SHARPE WALKING UP TO EL CACIQUE RESTAURANT. MS. SHARPE BEGAN TO ASK/BEG FOR MONEY AS PATRONS EXITED AND ENTERED THE RESTAURANT. AS PATRONS WALKED PASSED MS. SHARPE UPON ENTERING AND EXITING, THEY BEGAN TO EVADE HER AS SHE WOULD LEAN IN CLOSE PROXIMITY TO THEM AS THEY WALKED BY. MS. SHARPE WAS PANHANDLING FOR MONEY. DEFENDANT ARRESTED. P.T.A ISSUED

**PAGE 1 OF 1**

**OFFICER'S/COMPLAINANT'S SIGNATURE:** BROWN
**COURT ID NUMBER/LOC. CODE:** 47589 (01)
**AGENCY NAME:** MPD

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO:** 230503003170G

**DEFENDANT'S NAME:** WHITE, WILLIE CLYDE
**DOB:** [redacted] 1957
**RACE:** B **SEX:** M
**HEIGHT:** 508 **WEIGHT:** 157 **HAIR COLOR:** NIX **HAIR LENGTH:** SHT **HAIR STYLE:** 07H **EYES:** BRO **FACIAL HAIR:** 07H **TEETH:** 07H
**PLACE OF BIRTH:** GEORGIA
**CITIZENSHIP:** USA

**PERMANENT ADDRESS:** 1603 NW 7th AVE, MIAMI, FL 33136
**OCCUPATION:** UNEMPLOYED

**ARREST DATE:** 05/03/2023 **TIME:** 16:44
**ARREST LOCATION:** NE 2ND AVE & NE 11th TER

**CHARGES:**
1. MIAMI ORDINANCE PANHANDLING PROHIBITED — ORD — COUNTS: 1 — VIOL. OF SECT: 378

**Narrative:**
On the 3RD day of MAY, 20 23, at 16:44 HHMM at NE 2ND AVE & NE 11th TER.

DURING ROUTINE PATROL I OBSERVED MR WHITE WALKING UP TO MOTOR VEHICLES AT NE 2ND AVE & NE 11th TER BEGGING FOR MONEY. MR WHITE HAD A CLEAR PLASTIC CUP IN HIS HAND WITH MONEY ON THE INSIDE OF CUP. THE DEFENDANT ACTIONS IMPEDED THE NORMAL FLOW OF TRAFFIC FOR VEHICLES COMING OFF THE HIGHWAY. DEFENDANT ARRESTED PTA ISSUED.

PAGE 1 OF 1

**OFFICER'S / COMPLAINANT'S SIGNATURE:** MICHAEL BELLO
**COURT ID NUMBER/LOC CODE:** 43634 (2d)
**AGENCY NAME:** MPD

SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS 3 DAY OF May 2023

32.02.09-9 Rev 04/08

PRESS DOWN HARD. YOU ARE MAKING 6 COPIES.

**COMPLAINT/ARREST AFFIDAVIT**

POLICE CASE NO: 230523003 6736

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): COLIS DUSTIN FOURTH OF JULY

AGE: 44
SEX: M
RACE: W
HEIGHT: 6'00
HAIR COLOR: GRY
HAIR LENGTH: SHT
HAIR STYLE: STH
EYES: Bro
GLASSES: NO
FACIAL HAIR: OTH
TEETH: OTH

PLACE OF BIRTH: IDAHO
CITIZENSHIP: USA
OCCUPATION: UNEMPLOYED

PERMANENT ADDRESS: 1603 NW 7th AVE, MIAMI, FL 33136

ARREST DATE: 05/23/2023
ARREST TIME: 1054
ARREST LOCATION: NE 1st AVE & NE 13th ST

CHARGES: 1. MIAMI ORDINANCE PANHANDLING / PROPERTY
COUNTS: 1
VIOL. OF SECT: 37-8

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the 23rd day of May, 20 23, at 1054 at NE 1st AVE & NE 13th ST

WHILE ON ROUTINE PATROL I OBSERVED THE DEFENDANT WALKING IN TRAFFIC WITH A SIGN IN HIS HAND THAT SAYS HOMELESS HUNGRY. THE DEFENDANT WAS WALKING PASS CARS IN AN ATTEMPT TO GET MONEY. DEFENDANT ARRESTED.

OFFICER/COMPLAINANT'S SIGNATURE: MICHAEL BELL
COURT ID NUMBER: 43634 (20)
CODE: MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 23 DAY OF May 2023

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO:** 230524 00 37014

| Field | Value |
|---|---|
| OBTS NUMBER | |
| SPECIAL OPERATION | |
| IDS NO | |
| AGENCY CODE | 01 |
| MUNICIPAL P.D. DEF. ID NO | 66 |
| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | PASCERNELLI, DENNIS |
| DOB (MM/DD/YYYY) | 1972 |
| AGE | 51 |
| RACE | W |
| SEX | M |
| HEIGHT | 505 |
| WEIGHT | 175 |
| HAIR COLOR | BRO |
| HAIR LENGTH | SHT |
| HAIR STYLE | BUSHY |
| EYES | BLUE |
| GLASSES | Yes |
| FACIAL HAIR | OTH |
| TEETH | NORM |
| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES | TATTOOS ON FACE, HANDS & ARMS |
| PLACE OF BIRTH | CONNECTICUT |
| CITIZENSHIP | US |
| LOCAL ADDRESS | 1603 NW 7TH AVE |
| OCCUPATION | UNEMPLOYED |
| ADDRESS SOURCE | Verbal |
| ARREST DATE | 05/24/2023 |
| ARREST TIME | 1320 |
| ARREST LOCATION | SE 3RD AVE & SE 3RD ST |

**CHARGES:**
1. MIAMI ORDINANCE PROHIBITING OBSTRUCTIVE PANHANDLING — ORD — 1 — 37-8

**Narrative:**

On the 24th day of MAY, 2023, at 1318 (HHMM) at SE 3RD AV & SE 3RD ST:

WHILE ON ROUTINE PATROL, I OBSERVED MR. PASCERNELLI STANDING AT THE INTERSECTION AS VEHICLES APPROACHED THE STEADY RED LIGHT, AS HE WALKED UP TO VEHICLES WITH A SIGN IN HAND, BEGGING FOR MONEY. MR. PASCERNELLI IS AWARE THERE IS NO PANHANDLING FOR MONEY IN THE AREA. WHEN I APPROACHED HIM, HE STATED "I WAS NOT PANHANDLING." I ADVISED I OBSERVED HIM. DEFENDANT ARRESTED. P.T.A. ISSUED.

PAGE 1 OF 1

VERIFIED BY: 42589 (01)
COURT ID NUMBER/LOC CODE: MPD
OFFICER'S/COMPLAINANT'S SIGNATURE: BLINN

Defendant signature: Dennis Pascernelli

SWORN TO AND SUBSCRIBED BEFORE ME THIS 24 DAY OF MAY 2023

32.02.09-9 Rev 04.08

PRESS DOWN HARD. YOU ARE MAKING 6 COPIES.

TIGER BUSINESS FORMS (305) 817-8849

# COMPLAINT/ARREST AFFIDAVIT

POLICE CASE NO: 230607 040473

**DEFENDANT'S NAME:** PERKINSON, TAMI, LOUISE

**DOB:** 1980  **AGE:** 43  **RACE:** W  **SEX:** F  **Ethnicity:** Not Hispanic

**HEIGHT:** 507  **WEIGHT:** 105  **HAIR COLOR:** BRO  **HAIR LENGTH:** LNG  **HAIR STYLE:** OTH  **EYES:** BRO  **GLASSES:** N  **FACIAL HAIR:** OTH  **TEETH:** OTH

**PLACE OF BIRTH:** SARASOTA

**CITIZENSHIP:** USA

**PERMANENT ADDRESS:** 1603 NW 7th AVE, MIAMI, FL 33136

**OCCUPATION:** UNEMPLOYED

**ARREST DATE:** 06 07 2023  **ARREST TIME:** 0836  **ARREST LOCATION:** 400 SE 2ND AVE

**CHARGES:**
1. MIAMI ORDINANCE PANHANDLING — ORD — 1 count — 37-8

On the 7th day of JUNE 20 23, 0831 at 400 SE 2ND AVE

WHILE ON ROUTINE PATROL I OBSERVED THE DEFENDANT WALKING IN TRAFFIC WITH A SIGN IN HER HAND. THE DEFENDANT WAS WALKING PASS CARS IN AN ATTEMPT TO GET MONEY. DEFENDANT ARRESTED PTA ISSUED.

**COMPLAINANT'S SIGNATURE / NAME:** MICHAEL BELLO  **COURT ID NUMBER/LOC. CODE:** 43634 (26)  **AGENCY NAME:** MPD

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | |
| POLICE CASE NO | 230607004048I |
| COURT CASE NO | |
| SPECIAL OPERATION | ☐ FELONY ☒ SD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT FUGITIVE WARRANT ☐ In state ☐ Out of state |
| JAIL NO | |
| PWHD | ☐ Yes ☐ No ☐ Unknown |
| IDS NO | |
| AGENCY CODE | 01 |
| MUNICIPAL P.D. DEF. ID NO | 44 |
| MDPD RECORDS AND ID NO | |
| STUDENT ID NO | |
| GANG ACTIVITY RELATED ARREST | N |
| FRAUD RELATED ARREST | N |
| DEFENDANT'S NAME | WHITE, WILLIE |
| ALIAS and / or STREET NAME | |
| SIGNAL | ☐100 ☐150 ☐200 ☐300 ☐400 ☐500 |
| DOB | 1957 |
| AGE | |
| RACE | B |
| SEX | M |
| ☐ Hispanic ☒ Not Hispanic | |
| HEIGHT | 5'08 |
| WEIGHT | 140 |
| HAIR COLOR | |
| HAIR LENGTH | SHORT |
| HAIR STYLE | NATURAL |
| EYES | BRO |
| GLASSES | ☐ Yes ☒ No |
| FACIAL HAIR | |
| TEETH | MISS |
| PLACE OF BIRTH | USA |
| SCARS/TATTOOS/UNIQUE PHYSICAL FEATURES | VARIOUS SCARS, TOES, ARMS |
| LOCAL ADDRESS | 1603 NW 7TH AVE, MIAMI, FL |
| PHONE | |
| CITIZENSHIP | USA |
| PERMANENT ADDRESS | ☐ HOMELESS ☐ UNKNOWN |
| PHONE | |
| OCCUPATION | UNEMPLOYED |
| BUSINESS OR SCHOOL NAME AND ADDRESS | |
| PHONE | |
| ADDRESS SOURCE | ☐ DL ☒ Verbal ☐ |
| DRIVER'S LICENSE NUMBER / STATE | |
| SOCIAL SECURITY NO | |
| WEAPON SEIZED? Type ☐ Yes ☒ No | |
| If Def. has Concealed Weapons Permit. PERMIT # W- | |
| INDICATION OF: Alcohol influence Drug influence | Y N UNK |
| GRID | |
| ARREST DATE | 06/07/2023 |
| ARREST TIME | 0923 |
| ARREST LOCATION | NE 2ND AVE & NE 11TH TER |

Charges:

1. MIAMI ORDINANCE / PANHDLR — PROHIBITED — ORD — 1 count — 37-8

## Narrative

On the 7TH day of JUNE, 20 23, at 9:22 at NE 2ND AVE & NE 11TH TER

WHILE ON ROUTINE PATROL, I OBSERVED MR. WHITE STANDING ON THE PAVEMENT WITH A WHITE, RED & BLACK CHECKERS CUP IN HIS RIGHT HAND. MR. WHITE WALKED ALONG THE GRASSY AREA AS VEHICLES APPROACHED THE TRAFFIC LIGHT, COMING FROM OFF THE EXPRESSWAY. THIS AREA IN PARTICULAR IS A NO SOLICITING AREA, WHICH IS CONSIDERED THE "ENTERTAINMENT" DISTRICT. DEFENDANT ARRESTED. P.T.A ISSUED.

Officer's signature: BROWN, 4259 (d), MPD
Sworn to and subscribed before me this 7th day of June 2023

PAGE 1 OF 1

32 02 09-0 Rev 04/06

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | |
| POLICE CASE NO. | 220216-0011665 |
| SPECIAL OPERATION | |
| Charge type | ☒ MISD |
| WARRANT | |
| JAIL NO. | |
| PMHD | ☒ No |
| COURT CASE NO. | |
| IDS NO. | |
| AGENCY CODE | 01 |
| MUNICIPAL P.D. DEF ID NO | MPD |
| MDPD RECORDS AND ID NO. | |
| STUDENT ID NO. | |
| GANG ACTIVITY RELATED ARREST | No |
| FRAUD RELATED ARREST | No |

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** RUSSELL, EDWARD

| DOB | AGE | RACE | SEX | Hispanic | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1972 | 49 | W | M | Not Hispanic, ETHNICITY: ANGLO | 5-11 | 170 | BLK | LONG | PONY | BRN | No | UN | NOR |

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:** NONE VISIBLE

**PLACE OF BIRTH:** NJ, USA

**LOCAL ADDRESS:** (blank)

**CITIZENSHIP:** US

**PERMANENT ADDRESS:** 1603 NW 7th AVE, ☒ HOMELESS, MIA, FL 33136

**OCCUPATION:** UNEMPLOYED

**ADDRESS SOURCE:** ☒ Verbal

**WEAPON SEIZED?** ☒ No

**Alcohol influence:** N
**Drug influence:** Y

**ARREST DATE:** 2/16/2022
**ARREST TIME:** 1900
**ARREST LOCATION:** 401 BISCAYNE BLVD

### CHARGES

| # | Charge | Charge As | Counts | FL Statute Number |
|---|---|---|---|---|
| 1 | PANHANDLING PROHIBITED IN CERTAIN AREAS | ORD | 1 | 37-8 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 16th day of FEBRUARY 20 22, at 1955 (HHMM) at 401 BISCAYNE BLVD (Narrative, be specific)

THE DEFENDANT LISTED ABOVE WAS OBSERVED SITTING ON THE CURBSIDE OR A PATHWAY THAT IS USED BY WALKING PEDESTRIANS CROSSING INTO THE BAYSIDE MARKET PLACE. THE DEFENDANT ATTACHED A LARGE CARD BOARD SIGN TO HIS BELONGINGS, THE SIGN STATED "ANYTHING HELPS" W/ A CUP NEXT TO THE SIGN. THE DEFENDANT IN EXCHANGE RECEIVES U.S CURRENCY IN THE CUP. THE DEF HAS BEEN PREVIOUSLY ARRESTED ON PANHANDLING AT THAT SAME LOCATION. DEF GIVEN A PTA

PAGE 1 of 1

**OFFICER'S/COMPLAINANT'S SIGNATURE:** N. SUAREZ
**COURT ID NUMBER/LOC. CODE:** 41625 (01)
**AGENCY NAME:** MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 16th DAY OF FEBRUARY 2022

32.02.09-9 Rev. 04/08

PRESS DOWN HARD. YOU ARE MAKING 6 COPIES. TIGER BUSINESS FORMS (305) 817-8849

4433B 14

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO.** 210106000129

**OBTS NUMBER:**

**SPECIAL OPERATION:** ☐ FELONY ☒ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT FUGITIVE WARRANT: ☐ In state ☐ Out of state

**JAIL NO.**

**PMHD:** ☐ Yes ☐ No ☐ Unknown

**COURT CASE NO.**

**IDS NO.** **AGENCY CODE:** 66 **MUNICIPAL P.D. DEF. ID NO.** **MDPD RECORDS AND ID NO.** **STUDENT ID NO.**

**GANG ACTIVITY RELATED ARREST:** N **FRAUD RELATED ARREST:** N

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** CALHOUN, ELAINE MICHELE

**ALIAS and / or STREET NAME:**

**SIGNAL:** ☐ 100 ☐ 150 ☐ 200 ☐ 300 ☐ 400 ☐ 500

**DOB (MM/DD/YYYY):** 1963 **AGE:** 57 **RACE:** B **SEX:** F ☐ Hispanic ☒ Not Hispanic **ETHNICITY:**

**HEIGHT:** 5'5" **WEIGHT:** 130 **HAIR COLOR:** BL **HAIR LENGTH:** LONG **HAIR STYLE:** DREADS **EYES:** BROWN **GLASSES:** ☐ Yes ☒ No **FACIAL HAIR:** N **TEETH:** NOR

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:** 

**PLACE OF BIRTH:**

**LOCAL ADDRESS:** 1957 NW 3RD AVE **(City)** MIAMI **(State)** FL **(Zip)** 33136 **PHONE:** ( ) **CITIZENSHIP:** USA

**PERMANENT ADDRESS:** ☐ HOMELESS ☐ UNKNOWN

**ARREST DATE:** 01/06/2021 **ARREST TIME:** 1501 **ARREST LOCATION:** NE 2ND AVE & NE 11TH TER

**CHARGES:**
1. PANHANDLING/BEGGING/SOLICITING ☒ ORD **COUNTS:** 1 **VIOL. OF SECT:** 378

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **6** day of **JANUARY**, 20**21**, at **1501** (HHMM) at **NE 2ND AVE & NE 11TH TER**

WHILE PATROLLING THE AREA OF NE 2ND AVE & NE 11TH TER, I OBSERVED THE DEFENDANT STANDING IN THE TRAFFIC LANE OF THE OFF RAMP BEGGING MOTORISTS FOR U.S. CURRENCY. SIGNS ARE POSTED IN THE AREA WHICH PROHIBIT PANHANDLING. DEFENDANT ARRESTED.

PAGE 1 OF 6

**OFFICER'S / COMPLAINANT'S SIGNATURE:** JOSE GALVEZ **COURT ID NUMBER/LOC. CODE:** 44185 **AGENCY NAME:** MPD

32.02.09-9 Rev 04/08

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO.:** 210324-0018538

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** GARCIA FELIX

**DOB:** 1962
**AGE:** 59
**RACE:** H
**SEX:** M
**ETHNICITY:** CUBAN
**HEIGHT:** 5'7
**WEIGHT:** 170
**HAIR COLOR:** BALD
**HAIR LENGTH:** N/A
**HAIR STYLE:** N/A
**EYES:** BRO
**GLASSES:** Yes
**FACIAL HAIR:** UNS
**TEETH:** NORM

**UNIQUE PHYSICAL FEATURES:** NONE VISIBLE

**PLACE OF BIRTH:** CUBA
**CITIZENSHIP:** U.S.

**PERMANENT ADDRESS:** 133 NE 2 AVE #3311, MIAMI, FL 33132
**OCCUPATION:** UNEMPLOYED

**ARREST DATE:** 03/24/2021
**ARREST TIME:** 1758
**ARREST LOCATION:** 301 BISCAYNE BLVD

**CHARGES:**
1. PANHANDLING PROHIBITED IN CERTAIN AREAS — FL STATUTE NUMBER: 37-8, COUNTS: 1, ORD

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 24 day of MARCH, 20 21, at 1735 (HHMM) at 301 BISCAYNE BLVD

ON TODAY'S DATE & TIME WHILE PATROLING THE DOWNTOWN NET I OBSERVED DEF (MR. GARCIA) SITING ON THE FLOOR OF THE BAYFRONT PARK WALKWAY WITH A SIGN THAT SAYS "PLEASE HELP HUNGRY" & INTERUPTING VISITING PEDESTRIANS WALKING THROUGH BY WAVING HIS HANDS & YELLING WITH HIS HANDS OUT DEMONSTRATING HE'S ASKING FOR U.S. CURRENCY. DEF ARRESTED GIVEN A PROMISE TO APPEAR.

PAGE 1 OF 1

**OFFICER'S / COMPLAINANT'S SIGNATURE:** J. DIAZ
**COURT ID NUMBER/LOC. CODE:** 41531
**AGENCY NAME:** MPD
**DAY OF:** March, 2021

Scanned with CamScanner

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | |
| POLICE CASE NO. | 210324-0013543 |
| SPECIAL OPERATION | ☐ FELONY ☒ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT  FUGITIVE WARRANT: ☐ In state ☐ Out of state |
| JAIL NO. | |
| PMHD | ☐ Yes ☒ No ☐ Unknown |
| COURT CASE NO. | |
| IDS NO. | |
| AGENCY CODE | 01 |
| MUNICIPAL P.D. DEF. ID NO. | MPD |
| MDPD RECORDS AND ID NO. | |
| STUDENT ID NO. | |
| GANG ACTIVITY RELATED ARREST | |
| FRAUD RELATED ARREST | |

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** AUER, DANIEL, ISAIAH

**ALIAS and/or STREET NAME:**

**SIGNAL:** ☐100 ☐150 ☐200 ☐300 ☐400 ☐500

| DOB | AGE | RACE | SEX | ETHNICITY | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1982 | 38 | W | M | Non-Hispanic / ANGLO | 5-6 | 150 | BLK | SHT | WAVY | BRN | ☒ Yes ☐ No | UN | NON |

**SCARS, UNIQUE PHYSICAL FEATURES:** LEFT FOREARM

**PLACE OF BIRTH:** VA, USA

**LOCAL ADDRESS:** 133 NW 2nd AVE #3311, MIA, FL 33132

**CITIZENSHIP:** US

**OCCUPATION:** UNEMPLOYED

**ADDRESS SOURCE:** ☒ Verbal

**WEAPON SEIZED?** ☐ Yes ☒ No

**INDICATION OF:** Alcohol influence ☐ Y ☒ N  Drug influence ☒ Y ☐ N

**ARREST DATE:** 3/24/21
**ARREST TIME:** 19:49
**ARREST LOCATION:** BISCAYNE BLVD & NE 2ND ST

### CHARGES

| # | CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER |
|---|---|---|---|---|
| 1 | PANHANDLING PROHIBITED IN CERTAIN AREAS | ☒ F.S. ☐ ORD | 1 | 37-8 |

### Narrative

On the 24th day of MARCH, 20 21, at 19:30 (HHMM) at BISCAYNE BLVD & NE 2ND ST

THE ABOVE LISTED DEFENDANT WAS OBSERVED SITTING ON THE PATH WAY - BRIDGE AT BAYFRONT PARK WHERE WALKING PEDESTRIANS & BICYCLIST CONSTANTLY CROSS. THE DEFENDANT WAS OBSERVED HOLDING UP A CARDBOARD SIGN ASKING FOR U.S CURRENCY, TO ALL PEDESTRIANS & BICYCLIST WHEN THEY ARE PASSING. WHEN THE DEFENDANT OBSERVED OFC J DIAZ 41531 IN FULL POLICE UNIFORM HE ATTEMPTED TO CONCEAL THE CARD BOARD SIGN. DEFENDANT WAS GIVEN A PTA.

PAGE 1 OF 1

**OFFICER'S / COMPLAINANT'S SIGNATURE:** [signature]  
**COURT ID NUMBER/LOC. CODE:** 41625 (01)  
**NAME (Printed):** N. SUAREZ  
**AGENCY NAME:** MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 24th DAY OF MARCH, 2021

32.02.09-9 Rev. 04/08

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | |
| POLICE CASE NO. | 2112040083334 |
| SPECIAL OPERATION | |
| Charge type | ORD (checked) |
| JAIL NO. | |
| PMHD | |
| COURT CASE NO. | |
| IDS NO. | |
| AGENCY CODE | 001 |
| MUNICIPAL P.D. DEF. ID NO. | |
| MDPD RECORDS AND ID NO. | |
| STUDENT ID NO. | |
| DEFENDANT'S NAME | COLES, DUSTIN |
| DOB | [redacted] |
| AGE | 43 |
| RACE | W |
| SEX | M |
| HEIGHT | 6'00 |
| WEIGHT | 160 |
| HAIR COLOR | BROW |
| HAIR LENGTH | MED |
| HAIR STYLE | NAT |
| EYES | BROWN |
| LOCAL ADDRESS | |
| PERMANENT ADDRESS | 1545 NW 7th AVE, MIAMI FL 33136 |
| CITIZENSHIP | US |
| ARREST DATE | 12/04/2021 |
| ARREST TIME | 2235 |
| ARREST LOCATION | NE 2nd AVE / NE 11th TER |

## CHARGES

| # | CHARGE | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT |
|---|---|---|---|---|---|
| 1 | PANHANDLING | ORD | 1 | | 37-8 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **4th** day of **DECEMBER**, 20 **21**, at **2235** (HHMM) at **NE 2nd AVE & NE 11th TER**:

WHILE ON PATROL, I OBSERVED THE DEFENDANT STANDING IN THE TRAFFIC LANE OF THE OFF RAMP BEGGING MOTORISTS FOR U.S. CURRENCY. SIGNS ARE POSTED IN THE AREA WHICH PROHIBITS PANHANDLING. DEFENDANT ARRESTED.

PAGE 6 OF 6

OFFICER'S SIGNATURE: J. GALVEZ
COURT ID NUMBER/LOC. CODE: 44185 (001)
AGENCY NAME: MPD
SWORN TO AND SUBSCRIBED BEFORE ME THIS 04 DAY OF DEC, 2021

32.02.09-9 Rev. 04/08

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO:** 2121 00084972

| Field | Value |
|---|---|
| OBTS NUMBER | |
| SPECIAL OPERATION | |
| JAIL NO | |
| PMHD | No |
| COURT CASE NO. | |
| IDS NO. | |
| AGENCY CODE | |
| MUNICIPAL P.D. DEF. ID NO. | |
| MDPD RECORDS AND ID NO. | |
| STUDENT ID NO | |
| GANG ACTIVITY RELATED ARREST | |
| FRAUD RELATED ARREST | |

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** THOMAS, JOSH

**DOB (MM/DD/YYYY):** [redacted] 1964
**AGE:** 60
**RACE:** B
**SEX:** M
**Ethnicity:** Not Hispanic
**HEIGHT:** 5'08"
**WEIGHT:** 150
**HAIR COLOR:** BROWN
**HAIR LENGTH:** MED
**EYES:** BROWN
**GLASSES:** No
**PLACE OF BIRTH:** TRINIDAD & TOBAGO

**SIGNAL:** (unchecked)

**LOCAL ADDRESS:** 1663 NW 7th AVE
**CITY:** MIAMI
**STATE:** FL
**ZIP:** 33136
**CITIZENSHIP:** US

**PERMANENT ADDRESS:** HOMELESS ☑

**ARREST DATE:** 12/10/2021
**ARREST TIME:** 2028
**ARREST LOCATION:** NE 2ND AVE & NE 11th TER

### CHARGES

| # | CHARGE | CHARGE AS | COUNTS | FL STATUTE | VIOL. OF SECT |
|---|---|---|---|---|---|
| 1 | PANHANDLING | ORD | 1 | | 37-8 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the **10th** day of **DECEMBER 21** at **2028** (HHMM) at **NE 2ND AVE & NE 11th TER** (Narrative, be specific)

WHILE ON PATROL, I OBSERVED THE DEFENDANT STANDING IN THE MIDDLE OF A TRAFFIC LANE OF THE OFF RAMP BEGGING FOR U.S. CURRENCY. SIGNS ARE POSTED IN THE AREA WHICH PROHIBITS PANHANDLING. DEFENDANT ARRESTED

**OFFICER'S / COMPLAINANT'S SIGNATURE:** J. GALVEZ
**COURT ID NUMBER/LOC. CODE:** 44185(001)
**AGENCY NAME:** MPD

# AF



## COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | 1302308384 |
| ARMED FORCES | YES |
| BWC | YES |
| POLICE CASE NO. | 1908040058581 |
| SPECIAL OPERATION: | |
| FELONY | |
| MISD | X |
| TRAFFIC | |
| JUV | |
| DV | |
| MOVES FUGITIVE WARRANT | |
| CIV INF In State / Out State | |
| JAIL NO. | 190152810 |
| PMHD | YES |
| COURT CASE NO. | M19021670 |
| IDS NO. | 3032696 |
| AGENCY CODE | 001 |
| MUNICIPAL P.D. DEF. ID NO. | |
| MDPD RECORDS AND ID NO. | 0904638 |
| STUDENT ID NO. | |
| GANG RELATED | NO |
| FRAUD RELATED | NO |

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** SMALLWOOD, STANLEY ELLIS

| DOB | AGE | RACE | SEX | HISPANIC/ETHNICITY | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1955 | 64 | B | M | NO / AFR | 5'05 | 140 | WHI | SHT | AFR | BRO | NO | FUL | BRK |

**PLACE OF BIRTH:** MIAMI FL US
**CITIZENSHIP:** US
**PERMANENT ADDRESS:** 1753 MICHIGAN AVE # 1, MIAMI BEACH, FL, US, 33139
**OCCUPATION:** HOMELESS
**ADDRESS SOURCE:** VERBAL

**WEAPON SEIZED:** NO
**Defendant/CONCEALED WEAPON PERMIT:** NONE
**INDICATION OF:** Alcohol Influence: N; Drug Influence: Y

**ARREST DATE:** 08/04/2019
**ARREST TIME:** 01:15
**ARREST LOCATION:** NE 2ND AVE & 11TH TER MIAMI, FL 33132

| # | CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M/1-DRUG PARAPHERNALIA/POSSESSION W/INTENT TO USE | F.S. | 1 | 893.147(1) | | | 0011350B | N | |
| 2 | L/0-PANHANDLING, BEGGING/MUNICIPAL ORDINANCE | ORD | 1 | | 7-7 | 000 | 95000060 | N | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:
On the 04 day of AUGUST, 2019, at 00:43 at NE 2ND AVE & 11TH TER, MIAMI, FL.

ON 8/4/2019, WHILE ON ROUTINE PATROL, I RESPONDED AS A BACKUP OFFICER WITH SERGEANT LUGO (4186). SERGEANT LUGO STATED THAT HE OBSERVED THE DEFENDANT PANHANDLING IN THE STREET ON NE 2ND AVENUE AND 11TH TERRACE. WHEN SERGEANT LUGO APPROACHED THE DEFENDANT, HE OBSERVED THE DEFENDANT DISPOSE OF A GLASS CRACK PIPE WITH SUSPECTED CRACK RESIDUE. THE DEFENDANT WAS ARRESTED. HIS PROPERTY WAS TURNED INTO THE CITY PROPERTY.

OFFICERS USING BODY-WORN CAMERA:... [Continued on Next Page]

CARTWRIGHT-PRYCE, C: Court ID: 001-26155 MPD
LUGO, E: Court ID: 001-04186 MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 04 DAY OF AUGUST, 2019

Report Generated at 08/04/2019 09:40:53

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| Defendant | MACLAY KATHLEEN |
| Year | 1975 |
| Age | 42 |
| Race/Sex | W F |
| Height | 5'5 |
| Weight | 115 |
| Hair | B-D |
| Eyes | RED |
| Place of Birth | Pennsylvania |
| Local Address | 1603 NW 7AVE MIAMI, FL 33136 USA |
| Occupation | Carnival worker |
| Arrest Date | 11/26/2017 |
| Arrest Time | 2147 |
| Arrest Location | NE 2AV 2/E 11 TER |
| Charge | Panhandling | F.S. 20n.3 | 37-8 |

The undersigned certifies and swears... on the 26 day of Nov 20 17 at 2134 ... NE 2AV NE 11 TER

DEF WAS OBSERVED IN THE INTERSECTION APPROACHING SEVERAL VEHICLES AND ASKING FOR MONEY WITH A CUP. UPON CONTACT WITH DEF, DEF HAD SEVERAL SIGNS ASKING FOR MONEY. DEF STATED SHE NEEDED THE MONEY. NO PANHANDLING SIGN WAS POSTED.

NAME Printed: HERBELLO
AGENCY NAME: MIAMI P.D.

②

# COMPLAINT/ARREST AFFIDAVIT

| OBTS NUMBER | | | POLICE CASE NO. 17#229-0057520 |
|---|---|---|---|
| SPECIAL OPERATION: | ☐FELONY ☐MISD ☐TRAFFIC ☐JUV ☐DV ☐MOVES ☐CIV INF ☐WARRANT   FUGITIVE WARRANT: ☐In state ☐Out of state | JAIL NO. | PMHD ☐Yes ☑No ☐Unknown   COURT CASE NO. |
| DS NO | AGENCY CODE 01-66   MUNICIPAL P.D. MPD   DEF. ID NO. | MDPD RECORDS AND ID NO. | STUDENT ID NO. | GANG ACTIVITY RELATED ARREST ☑ | FRAUD RELATED ARREST ☑ |

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): TERRER LUGO, MIGUEL ANGEL
ALIAS and / or STREET NAME:
SIGNAL: ☐100 ☐150 ☐200 ☐300 ☐400 ☐500

DOB (MM/DD/YYYY): [redacted] 1977
AGE: 39
RACE: H
SEX: M
☑Hispanic ☐Not Hispanic ETHNICITY: PR
HEIGHT: 5'9
WEIGHT: 180
HAIR COLOR: BLK
HAIR LENGTH: LNG
HAIR STYLE: SHA
EYES: Bro
GLASSES: ☐Yes ☑No
FACIAL HAIR: UNS
TEETH: DRT

SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:
PLACE OF BIRTH: PUERTO RICO

LOCAL ADDRESS: 251 NE 10TH ST, APT 221, HOMESTEAD, FL 33030
PHONE: (305) 562-4538
CITIZENSHIP: U.S.

ARREST DATE: 12-29-2017
ARREST TIME: 2065 hrs
ARREST LOCATION: BISCAYNE

CHARGES:
1. PEDESTRIAN HANDLING — ☑ORD — COUNT 1 — FL STATUTE NUMBER 37-8

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the DEC day of 29, 20 17, at 1930 hrs at BISCAYNE BLVD & 8TH ST, MIAMI, FL 33126

ON TODAY'S DATE, AT THE ABOVE LOCATION AND TIME, WHILE WORKING A PLAIN CLOTHES DETAIL, I OBSERVED THE DEFENDANT APPROACHING SEVERAL PASSERBY AND PEOPLE SITTING DOWN, AND WAS OBSERVED BEGGING FOR MONEY. DEFENDANT ARRESTED.

PAGE 1 OF 1

OFFICER'S / COMPLAINANT'S SIGNATURE: OFC JOSEPH K
COURT ID NUMBER/LCC CODE: 41906 (001)
AGENCY NAME: MPD
SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 29TH DAY OF DECEMBER 2017

32.02.09-9 Rev. 04/08
(right thumb print)